Edward S. Ryder, Appellant, v. Henry W. Eaton and Others, Impleaded with Elmer E. Cooley, Respondent.— Judgment modified by striking out dismissal of complaint and granting leave to plaintiff to plead over on payment of costs in this court and in the court below, and as so modified affirmed.   No opinion.

William T. Middleton, Appellant, v. Daniel Farrell, Respondent.— Judgment affirmed, with costs.   No opinion.

Julia A. Groh, Individually and as Executrix of and Sole Legatee under the Last Will and Testament of John Groh, Deceased, Respondent, v. J. George Flammer, Appellant.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.   No opinion.

John S. Comstock, Respondent, v. New York, Susquehanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs.   No opinion.

Samuel Deutsch and Isadore Deutsch, Copartners Doing Business under the Firm Name and Style of Deutsch Bros., Respondents, v. Daily Trade Record Company, Appellant.— Judgment affirmed, with costs, on *Stromberg* v. *Tribune Association* (88 App. Div. 589; affd., 178 N. Y. 610), with leave to defendant to withdraw demurrer and to answer on payment of costs in this court and in the court below.

Mont C. Merker, Respondent, v. Henry D. Bultman, Appellant.— Judgment and order affirmed, with costs.   No opinion.

Sigmund Guiterman and Others, Appellants, v. The Eclipse Manufacturing Company, Respondent.— Judgment affirmed, with costs.   No opinion.

Mary Jane Gibbs, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment and order affirmed, with costs.   No opinion.

Charles F. Freese, Respondent, v. Interurban Street Railway Company, Appellant.— Judgment and order affirmed, with costs.   No opinion.

Joseph C. Pillman and Louis B. Phillips, Respondents, v. C. Edward Billqvist and Barclay Hazard, Appellants.— Judgment affirmed, with costs.   No opinion. (O'Brien, P. J., dissenting.)

Clarence R. Conger, Individually and as Trustee, and Others, Respondents, v. Hyman Ensler, Appellant, Impleaded with Samuel Kaplan and Others.— Judgment affirmed, with costs.   No opinion.

James Cooney, Appellant, v. Metropolitan Street Railway Company, Respondent.— Judgment affirmed, with costs.   No opinion.

Christian Haist, Respondent, v. The New York and Harlem Railroad Company and The New York Central and Hudson River Railroad Company, Appellants.— Judgment affirmed, with costs.   No opinion.

Carmine Semenza, as Administratrix, etc., of Fillipi Ianisa, Deceased, Appellant, v. John C. Rodgers, Respondent.— Judgment affirmed, with costs.   No opinion.

Aurelio Quarto, by Fillipo Arlotto, Guardian ad Litem, Appellant, v. William Newman and John Newman, Copartners, Doing Business under the Firm Name and Style of Newman Brothers, Respondents.— Judgment affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Edward R. Thomas, Appellant.— Judgment affirmed.   No opinion.   (Laughlin, J., dissenting.)

M. Franklin Millikan, Appellant, v. Bank of Elberton, Respondent.— Judgment and order affirmed, with costs.   No opinion.

Cornelius Callahan, Appellant, v. Emily Godwin, as Administratrix of Thomas W. Weathered, Deceased, Respondent.— Judgment affirmed, with costs.   No opinion.

Bernard McGovern, Respondent, v. The Manhattan Railway Company, Appellant.— Judgment and order affirmed, with costs.   No opinion.   (Houghton, J., dissenting.)

George Derr, Appellant, v. Patrick H. Kearney, Respondent.— Judgment affirmed, with costs.   No opinion.   (Houghton, J., dissenting.)

John Doyle, Respondent, v. Charles W. Hogan and Jefferson Hogan, Appellants.— Judgment and order affirmed, with costs.   No opinion.

Charles Doscher, Appellant, v. Frederick A. Potts, as Treasurer of St. Anthony's Club, Respondent.— Judgment affirmed, with costs.   No opinion.

George L. Putnam and Others, Trustees in Bankruptcy of Sweetser, Pembrook & Company, a Bankrupt, Respondents, v. John Abd el Nour, Appellant.— Judgment and order affirmed, with costs.   No opinion.